UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 05-CV-00262-WDM-MJW

SHERRI ANDERSON,

Plaintiff,

v.                                               LAW STUDENT APPEARANCE FORM

WAL-MART STORES, INC., a Delaware Corporation,

Defendant.

1. <u>Law Student Certification</u>

   I certify that:

   (a)   I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

   (b)   I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

   (c)   I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (<u>www.cod.uscourts.gov</u>), including the Judicial Officers' Procedures.

Dated: 8/31/05

                                         <u>s/ Mary F. Barham</u>
                                         Signature of Student

2. <u>Law School Certification</u>

I certify that this student:

(a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

(b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

(d) that Laura L. Rovner, who will serve as supervising attorney, is employed

in a clinical program approved by this school.

Dated: 8/31/05

                                                                     s/ Christine N. Cimini
                                                            Signature of Dean or Authorized Designee

                                                            Interim Director of Clinical Programs
                                                            (Position of Above)

3. <u>Supervising Attorney's Certification</u>

As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

(a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

(b) guide and assist this student as necessary or appropriate under the circumstances; and

(c) appear with this student in all proceedings in this matter.

Dated: 8/31/05

                                                                     s/ Laura L. Rovner
                                                            Signature of Attorney

4. <u>Consent of Client</u>

    I consent to be represented by student attorney, Mary Barham, in this matter in accordance with the Student Practice Rule of this Court.

    I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: 9/6/05

                                               _s/ Sherri Anderson_____
                                               Signature of Client


5. <u>Judicial Consent</u>

    I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except     .

Dated: 9/20/05

                                               Signature of District Judge
                                               or Magistrate Judge Exercising
                                               Consent Jurisdiction Pursuant
                                               to D.C. COLO.LCiv 72.2