IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00262-WDM-MJW

SHERRI ANDERSON,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** (Docket No. 25)

---

THIS MATTER has come before the Court on Plaintiff's Unopposed Motion to Amend the Scheduling Order. Plaintiff's Motion is hereby GRANTED. The new deadlines in this case are set as follows:

- Joinder of Parties and Amendment of Pleadings: October 17, 2005;
- Discovery Cut-off: February 15, 2006;
- Dispositive Motion Deadline: March 31, 2006;
- Designation of Experts: December 1, 2005;
- Rebuttal Experts: January 2, 2006;
- All interrogatories shall be served on the opposing party by January 16, 2006;
- All requests for production of documents and requests to admit shall be served on the opposing party by: January 16, 2006.

DATED this 7th day of October 2005.

BY THE COURT:

~~Walker D. Miller~~
~~United States District Court Judge~~

Michael J. Watanabe
United States Magistrate Judge