IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00262-WDM-MJW

**SHERRI ANDERSON,**

    Plaintiff,

v

**WAL-MART STORES, INC.,**

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT**
*( Docket No. 26 )*

---

THIS MATTER has come before the Court on Plaintiff's Unopposed Motion to Amend the Complaint.

Plaintiff's Motion to Amend the Complaint is hereby GRANTED. *The Amended Complaint is Accepted For Filing Today*

DATED this *7th* day of *October* 2005.

BY THE COURT:

~~WALKER D. MILLER~~
~~United States District Court Judge~~

*[signature]*
MICHAEL J. WATANABE
United States Magistrate Judge